# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**GABBANELLI ACCORDIONS &IMPORTS, LLC,**
*Plaintiff*

V.    Civil Action No. **7:16−CV−00060−RAJ**

**CARLOS A. OCHOA,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:   **Carlos A. Ochoa**
      **1718 S. Marshall Street**
      **Midland, Texas 79701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Patrick F. Timmons Jr.**
**8556 Katy Freeway, Suite 120**
**Houston, TX 77024**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/SAMANTHA ENRIQUEZ**
DEPUTY CLERK



**ISSUED ON 2016−03−10 09:23:00**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:16–CV–00060–RAJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                    _____
                                                                                                Server's signature

                                                                                    _____
                                                                                                Printed name and title

                                                                                    _____
                                                                                                Server's Address

Additional information regarding attempted sevice, etc:
_____
_____